HAMLIN BABCOCK, Respondent, *v.* WILLIAM L. HERMANCE, Appellant.

(Argued January 5, 1872; decided May term, 1872.)

ACTION for dissolution of a co-partnership and an accounting (decided principally upon the facts.)

The complaint alleged that the defendant abandoned the co-partnership business, and that thereby the co-partnership was dissolved as to the further prosecution of the business. Defendant claimed that complaint showed a dissolution before the commencement of the action, and that a decree dissolving it was error. *Held*, that, conceding defendant's construction of complaint, this action was an appropriate remedy for a final adjustment of the partnership concerns; that the clause in the decree dissolving, could by no possibility harm defendant, and was no ground for reversal.

*Sidney & Harris* for the appellant.

*Addison Brown* for the respondent.

GRAY, C., reads for affirmance.
All concur.
Judgment affirmed, with costs.